UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
CREATIVE PHOTOGRAPHERS INC.,

                       Plaintiff,                19-CV-9180 (VM)

       -against-                  **ORDER**

SPINMEDIA GROUP INC., et al.,

                     Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter has been assigned to the undersigned for settlement purposes. The Court will hold a Pre-Settlement Conference Telephone Call on **Thursday, January 16, 2020 at 2:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: December 9, 2019                                      **Ona T. Wang**
      New York, New York                 United States Magistrate Judge