USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
CREATIVE PHOTOGRAPHERS INC.,          :   19 Civ. 9180 (VM)
                                      :
                Plaintiff,            :
                                      :   **CONDITIONAL**
    - against -                       :   **ORDER OF DISCONTINUANCE**
                                      :   **WITHOUT PREJUDICE**
SPINMEDIA GROUP, INC., et al.,        :
                                      :
                Defendants.           :
--------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The parties have notified the Court that they have reached an agreement to resolve this action without further litigation, and they request thirty days to finalize a Stipulation of Dismissal with Prejudice. (See Dkt. No. 35.) Accordingly, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action and any pending motions to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten days of the plaintiff's application for reinstatement,

to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court are canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         26 February 2020

　　　　　　　　　　　　　　　　　VICTOR MARRERO
　　　　　　　　　　　　　　　　　U.S.D.J.

ORIGINAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Creative Photographers Inc.,

Plaintiff,

v.

SpinMedia Group, Inc., et al.,

Defendants.

Civil Action No.: 1:19-cv-09180-VM

**NOTICE OF SETTLEMENT**

```
USI    DNY
DOC    IENT
ELEC TRONICALLY FILED
DOC #
DATE    FD:  2/27/20
```

### PARTIES' JOINT NOTICE OF SETTLEMENT

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of discharging their obligations under the Settlement Agreement and finalizing the Stipulation of Dismissal with Prejudice. The parties intend to file the Stipulation of Dismissal with Prejudice as soon as practicable, but respectfully request that the parties are given 30 days to file the Dismissal. The parties further respectfully request that the Court adjourn the pre-settlement call scheduled for Wednesday, February 26, 2020 in light of the foregoing.

Dated: Brooklyn, New York
February 25, 2020

**DONIGER / BURROUGHS**

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Attorney for Plaintiff
231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(310) 590-1820
scott@donigerlawfirm.com

Dated: New York, New York
February 25, 2020

**MITCHELL SILBERBERG & KNUPP**

By: */s/ Leo M. Lichtman*
Leo M. Lichtman, Esq.
Attorney for Defendants
437 Madison Avenue, 25th Floor
New York, New York 10022
(917) 546-7696
lml@msk.com

1